Order issued October 17, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00278-CV

## DAVID D. KIM, M.D., Appellant

## V.

## STEVEN HOYT, Individually and as Next Friend of Minor Children TAYLOR HOYT and JORDAN HOYT, and as Sole Administrator of the ESTATE OF KRISTINE HOYT, Appellees

## ORDER

Before the Court is Appellees' unopposed motion to postpone oral argument. The Court

**GRANTS** the motion. The Clerk of the Court is directed to remove the case from the November

6, 2012 docket. The case will be resubmitted in due course.

JOSEPH B. MORRIS
PRESIDING JUSTICE